Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOLWEILER CHIROPRACTIC, P.S., a Washington professional services corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HARTFORD ACCIDENT AND INDEMNITY COMPANY; HARTFORD CASUALTY INSURANCE COMPANY; HARTFORD INSURANCE COMPANY OF THE MIDWEST; HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; HARTFORD UNDERWRITERS INSURANCE COMPANY; PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD; SENTINEL INSURANCE COMPANY; TRUMBULL INSURANCE COMPANY; and TWIN CITY FIRE INSURANCE COMPANY,<br><br>Defendants. | NO. 2:16-cv-00912 JLR<br><br>STIPULATION AND [PROPOSED] ORDER FOR REMAND<br><br>Noting Date: March 6, 2017 |

## I.  STIPULATION

1. The parties have reached a tentative settlement of this case on a class action basis.

2. This settlement is substantively similar to a class action settlement that was recently approved by the King County Superior Court, and is also substantively similar to numerous previous class action settlements that have been approved within the last 10 years by the King County Superior Court.

STIPULATION AND [PROPOSED] ORDER FOR
REMAND - 1
(NO. 2:16-CV-00912 JLR)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

3.  Because there is a continuing challenge to this Court's jurisdiction in this case, the parties believe the fairness, reasonableness, and adequacy of the class action settlement here should, so that there is no question of the validity of the settlement approval, be adjudicated by the King County Superior Court rather than this Court.

4.  Accordingly, the parties respectfully jointly request that this case be remanded, based on the agreement of the parties, to the King County Superior Court.

5.  The parties have also agreed that in (what the parties consider to be) the unlikely event that the proposed class action settlement does not eventuate in the King County Superior Court, the parties' jurisdictional positions are not waived, and the Defendants will reserve the right to re-remove the case based on any such denial order and Plaintiff reserves the right to seek remand, but will not contend that any such denial order would not be a valid basis for re-removal.

DATED this 6th day of March, 2017.

BRESKIN JOHNSON & TOWNSEND PLLC

By: */s/ David Breskin*
David Breskin, WSBA No. 10607
1000 Second Avenue, Suite 3670
Seattle, WA 98101
Phone: 206-652-8660
dbreskin@bjtlegal.com
*Attorneys for Plaintiffs*

FORSBERG & UMLAUF, P.S.

By: */s/ Matthew S. Adams*
Matthew S. Adams, WSBA No. 18820
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
Tel: 206-689-8500
madams@foum.law.com
*Attorneys for Defendants*

## II.  ORDER

IT IS SO ORDERED.

DATED this __7th__ day of __March__, 2017.

_____
Hon. James L. ~~Robert~~ Robart
United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR
REMAND - 2
(NO. 2:16-CV-00912 JLR)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jamie Telegin*
Jamie Telegin, Legal Assistant

STIPULATION AND [PROPOSED] ORDER FOR
REMAND - 3
(NO. 2:16-CV-00912 JLR)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660